1
2
3
4
5
6                  IN THE UNITED STATES DISTRICT COURT

7                 FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   ARCHIE CRANFORD,                    1:13-cv-00853-GSA (PC)

10         Plaintiff,                   ORDER TO SUBMIT **SIGNED**
                                        APPLICATION TO PROCEED IN FORMA
11      vs.                             PAUPERIS OR PAY FILING FEE WITHIN 45
                                        DAYS
12  SAMANTHA PERRYMAN, et al.,

13         Defendants.
    _____/

14

15         Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

16  1983.  Plaintiff filed the complaint commencing this action on June 5, 2013, together with an

17  application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, Plaintiff's

18  application was not signed.  All filings submitted to the court must bear the signature of the filing

19  party.  Local Rule 131; Fed. R. Civ. P. 11(a).

20         Accordingly, IT IS HEREBY ORDERED that:

21         Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

22  attached application to proceed in forma pauperis, completed and **signed**, or in the alternative, pay

23  the $350.00 filing fee for this action.  **No requests for extension will be granted without a**

24  **showing of good cause**.

25         **Failure to comply with this order will result in dismissal of this action.**

26         IT IS SO ORDERED.

27      Dated:   **June 6, 2013**                    **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE
28