1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                          EASTERN DISTRICT OF CALIFORNIA
8
9   ARCHIE CRANFORD,                        1:13-cv-00853-GSA-PC

10              Plaintiff,                   ORDER GRANTING APPLICATION
                                            TO PROCEED IN FORMA PAUPERIS
11       v.
                                            (DOCUMENTS #2, #5)
12  SAMANTHA PERRYMAN, et al.,

13              Defendants.
    _____/
14

15       Plaintiff  is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

16  1983.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil

17  detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  Page v. Torrey,

18  201 F.3d 1136, 1140 (9th Cir. 2000).

19       In the instant action, plaintiff filed an application to proceed in forma pauperis.     Examination

20  of these documents reveals that plaintiff is unable to afford the costs of this action.  **Accordingly, the**

21  **motion to proceed in forma pauperis is GRANTED**.

22       IT IS SO ORDERED.

23    **Dated:   July 11, 2013**              _____/s/ **Gary S. Austin**_____
                                            UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28