UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>    Plaintiff,<br><br>  vs.<br><br>SAMANTHA PERRYMAN, et al.,<br><br>    Defendant. | 1:13-cv-00853-GSA-PC<br><br>ORDER DENYING MOTION AS MOOT<br>(Doc. 19.) |

Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 5, 2013. (Doc. 1.) On May 27, 2014, this case was dismissed for failure to state a claim, and judgment was entered. (Docs. 17, 18.)

On October 17, 2014, Plaintiff filed a motion to conduct discovery in this action. (Doc. 19.) In light of the fact that this case was dismissed on May 27, 2014, Plaintiff's motion is moot and shall be denied as such.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, filed on October 17, 2014, is DENIED AS MOOT.

IT IS SO ORDERED.

   Dated:   **October 31, 2014**           **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE