UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>         Plaintiff,<br><br>     vs.<br><br>SAMANTHA PERRYMAN, et al.,<br><br>         Defendant. | 1:13-cv-00853-GSA-PC<br><br>ORDER RE MOTION FOR STATUS<br>(Doc.  21.) |

Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on June 5, 2013.  (Doc. 1.)  On May 27, 2014, this case was dismissed for failure to state a claim, and judgment was entered. (Docs. 17, 18.)

On February 20, 2015, Plaintiff filed a motion for status of his case.  (Doc. 21.)  This case is now dismissed, and Plaintiff was properly served with copies of the dismissal order and judgment.  This order resolves Plaintiff's motion.

IT IS SO ORDERED.

   Dated:    **February 23, 2015**                    **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE